764 A.2d 43

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Robert ECKENRODE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 13, 2000.

Decided Jan. 16, 2001.

James R. Gilmore, Pittsburgh, for Commonwealth of PA.

Michael C. Pribanic for Robert Eckenrode.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our decision in *Commonwealth v. Albert*, 563 Pa. 133, 758 A.2d 1149 (2000), the Order of the Allegheny County Common Pleas Court is reversed and the matter is remanded for further proceedings.

Jurisdiction is relinquished.